UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSUE ROMERO, Individually, and On Behalf of All Others Similarly Situated,

                     Plaintiff,

vs.

PRINTS AND SIGNS INTERNATIONAL LLC

                     Defendant.

---------------------------------------------------------------x

Case No.: 1:20cv9217

**NOTICE OF VOLUNTARY DISMISSAL**

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Josue Romero hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Prints and Signs International LLC

DATED: August 4, 2022            **MIZRAHI KROUB LLP**

                                         /s/ Joseph H. Mizrahi
                                         JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

**It is SO ORDERED.**

Signed at New York, NY on Aug. 8, 2022.

_____
J. PAUL OETKEN
United States District Judge